IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SPENCER RECOVERY CENTERS
FLORIDA, INC.,

     Appellant,

 v.

JAMES LYNAM AND DEPARTMENT
OF CHILDREN AND FAMILIES,

     Appellees.

_____/

Case No.    5D21-2541
LT Case No. 2018-CA-0972

Decision filed October 4, 2022

Appeal from the Circuit Court
for St. Johns County,
Howard M. Maltz, Judge.

Alex C. Najarian, of The Corneal Law
Firm, St. Augustine, for Appellant.

Todd A. Wright, Mark G. Alexander and
Chandler Jolly, of Alexander DeGance
Barnett, PA, Jacksonville, for Appellee,
James Lynam.

No Appearance for Other Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, TRAVER and NARDELLA, JJ., concur.